# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MORRIS GOLDSTEIN

**WAIVER OF INDICTMENT**

Criminal No. 8:23-cr-431-TPB-SPF

NOV 28 2023 PM 3:51
FILED USDC - FLMD - TPA

I, Morris Goldstein, the above named defendant, who is accused of conspiracy to commit money laundering and filing false federal tax returns, in violation of 18 U.S.C. § 1956(h) and 26 U.S.C. § 7206(1), being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Morris Goldstein
Defendant

_____
Mark J. O'Brien, Esquire
Counsel for Defendant

Before _____
        Judicial Officer