**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                         CASE NO: 8:23-cr-431-TPB-SPF

MORRIS GOLDSTEIN

---

### ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. 21) of United States Magistrate Judge Sean P. Flynn, the plea of guilty of the defendant to Counts One and Two of the Information is now **ACCEPTED** and the defendant, Morris Goldstein, is **ADJUDGED GUILTY** of such offenses.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 14A, Tampa, Florida, 33602, on **APRIL 17, 2024, at 1:30 P.M.** Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes.

**DONE** and **ORDERED** in Tampa, Florida this 19th day of December, 2023.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**