UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:23-cr-431-TPB-SPF

MORRIS GOLDSTEIN

**ORDER OF FORFEITURE AND PRELIMINARY
ORDER OF FORFEITURE FOR DIRECT ASSET**

THIS CAUSE comes before the Court upon the United States of America's motion for an order of forfeiture against the defendant in the amount of $4,800,000 and a preliminary order of forfeiture for approximately $532,945.24 seized from Fifth Third Bank account number 7974012556, held in the name of Morris Kent Goldstein and Stanley Goldstein.

Being fully advised of the relevant facts, the Court hereby finds that the defendant was involved in laundering at least $4,800,000 in proceeds as part of his participation in the money laundering conspiracy, to which he has pled guilty.

The Court further finds that the bank account, identified above, was involved in the money laundering conspiracy.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(1) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for an order of forfeiture in the amount of $4,800,000.

It is FURTHER ORDERED that, because the $4,800,000 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), forfeiture of any of the defendant's property up to the value of $4,800,000.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(1) and Rule 32.2(b)(2), the bank account, identified on page one above, is hereby forfeited to the United States for disposition according to law.  The net proceeds from the forfeiture of the bank account as well as from the forfeiture and sale of any other specific assets involved in this offense, including those previously administratively forfeited, will be credited to and reduce the amount the United States shall be entitled to forfeit as substitute assets pursuant to 21 U.S.C. § 853(p).

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture

and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

DONE and ORDERED in Tampa, Florida, this 16th day of <u>January</u>, 2024.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record