UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA　　:
　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　:　　　Case No.:　8:23-cr-00431-TPB-SPF-1
　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　:
MORRIS GOLDSTEIN　　　　　:
_____ :

## DEFENDANT MORRIS GOLDSTEIN'S
## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel, and hereby files this his unopposed motion to continue his sentencing to August 29th, 2024 and in support states as follows:

1. The Defendant pled guilty to a government sponsored plea agreement, including a cooperation clause, on November 17th, 2023.

2. Undersigned counsel and counsel for the government conferenced, wherein undersigned counsel and the government agreed that a delay in sentencing will allow the Defendant additional time to comply with the terms and conditions of his plea agreement, including the payment of restitution.

3. The government and the Defendant agreed to request a continuance of the Defendant's sentencing until August 29th, 2024.

4. The Defendant does not oppose this request for a continuance.

5.     The government does not oppose this request for a continuance.

6.     This motion is not intended to unnecessarily delay proceedings but rather to

expedite a final resolution by not requiring the government to petition this

Honorable Court for a post-sentencing sentence reduction for the Defendant.


## **CONCLUSION**

WHEREFORE, the Defendant, MORRIS GOLDSTEIN, by and through his

undersigned counsel prays this Honorable Court will grant the requested relief

and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:     (813) 228-6989
E:     mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on March 14th, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire