UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　Case No. 8:23-cr-431-TPB-SPF

MORRIS GOLDSTEIN

### FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a Final Order of Forfeiture for approximately $532,945.24 seized from Fifth Third Bank account number 7974012556, held in the name of Morris Kent Goldstein and Stanley Goldstein, that was subject to a January 16, 2024, preliminary order of forfeiture (Doc. 25).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from January 18, 2024, and ending on February 16, 2024, the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov. Doc. 31. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.

Also, under 21 U.S.C. § 853(n), the United States properly noticed the only individuals or entities known to have a potential interest in the asset, Stanley Goldstein and Fifth Third Bank.

Despite notice, no persons or entities have filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 8th day of April, 2024.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record