UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 8:23-CR-00431-TPB-SPF |
| | : | |
| MORRIS GOLDSTEIN | : | |
| _____ | : | |

# DEFENDANT MORRIS GOLDSTEIN'S
# UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel, and hereby files this his unopposed motion to continue sentencing and in support states as follows:

1. The Defendant is scheduled for sentencing on Thursday, August 29, 2024.

2. Undersigned counsel and counsel for the government conferenced, wherein undersigned counsel and the government agreed that a delay in sentencing will allow the Defendant additional time to comply with the terms and conditions of his plea agreement, including the payment of forfeiture.

3. The government and the Defendant conferenced in person on Friday, July 26, 2024 and agreed to request a continuance of the Defendant's sentencing.

    a. The parties spoke with this Honorable Court's courtroom deputy and 10:00 am on Thursday, January 23, 2025 is available.

4. The Defendant is out of custody and does not oppose this request for a continuance.

5. The government does not oppose this request for a continuance.

6. This motion is not intended to unnecessarily delay proceedings but rather to expedite a final resolution by having all plea agreement matters resolved before sentencing.

## CONCLUSION

WHEREFORE, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:   (813) 228-6989
E:   mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on July 28, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
