UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No.: 8:23-cr-00431-TPB-SPF-1 |
| | : | |
| | : | |
| MORRIS GOLDSTEIN | : | |
| _____ | : | |

### DEFENDANT MORRIS GOLDSTEIN'S
### UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel, and hereby files this his unopposed motion to continue his sentencing, and in support states as follows:

1. The Defendant pled guilty on November 17, 2023.

2. The government and the Defendant conferenced on January 10, 2025 and agreed a continuance of sentencing is necessary in the above styled case.

3. In addition, on January 23, 2025, undersigned counsel is scheduled to appear in the District of Columbia, United States District Court, in the matter of the *United States v. Abouzar Rahmati*, 1:24-CR-438-LLA-1.

4. The Defendant is out of custody and does not oppose this request for a continuance.

5. The government does not oppose this request for a continuance.

6.    The Defendant suggests a summer 2025 sentencing date to avoid further

repetitive requests for continuances of sentencing.

## <u>CONCLUSION</u>

WHEREFORE, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:      (813) 228-6989
E:      mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on January 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire