UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 8:23-cr-00431-TPB-SPF-1 |
| : | |
| MORRIS GOLDSTEIN : | |
| _____ : | |

**DEFENDANT MORRIS GOLDSTEIN'S**
**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel, and hereby files this his unopposed motion to continue his sentencing, and in support states as follows:

1. The Defendant pled guilty on November 17, 2023.

2. The government and the Defendant conferenced on April 11, 2025, and both parties agreed a continuance of sentencing is necessary to allow the Defendant to complete his responsibilities under his plea agreement in the above styled case.

3. The Defendant is out of custody, having been released on his own recognizance at his initial appearance, and does not oppose this request for a continuance.

4. The government does not oppose and joins in this request for a continuance.

5. The Defendant and the government conferenced and suggest a March 2026 sentencing date.

## **CONCLUSION**

WHEREFORE, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T: (813) 228-6989
E: mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire