UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v. : | Case No.: 8:23-cr-00431-TPB-SPF-1 |
| : | |
| : | |
| MORRIS GOLDSTEIN : | |
| _____ : | |

**DEFENDANT MORRIS GOLDSTEIN'S
AMENDED UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel, and hereby files this his amended unopposed motion to continue his sentencing, and in support states as follows:

1. Having previously pled guilty pursuant to an information and a plea agreement, the Defendant is scheduled for sentencing on Thursday, May 22, 2025.

2. The Defendant is out of custody, having been released on his own recognizance at the close of his first appearance on December 19, 2023.

3. Since his guilty plea hearing, the Defendant has satisfied his restitution and his forfeiture obligations under his plea agreement in full.

    a. The Defendant paid $4,800,000 in forfeiture on January 24, 2025 (CM/ECF Docket Entry 30).

  b. The Defendant paid $822,058 in restitution on February 5, 2024 (CM/ECF Docket Entry 45).

4. The government and undersigned counsel conferenced on April 11, 2025, and both parties agreed a continuance of sentencing is necessary to allow the Defendant to complete his responsibilities under his plea agreement in the above styled case.

5. The Defendant is scheduled to testify in the trial of his more culpable co-conspirators in February of 2026.

  a. The Defendant and the government agreed that should the above trial resolve before its scheduled trial date, the parties will contact this Honorable Court's courtroom deputy and request to reschedule the Defendant's sentencing.

6. The Defendant is out of custody and does not oppose this request for a continuance.

7. The government does not oppose and joins in this request for a continuance.

8. The Defendant and the government jointly suggest a March 2026 sentencing date.

9. This motion is not intended to unnecessarily delay proceedings but rather expedite a final resolution by not requiring the government to petition this Honorable Court for a post-sentencing sentence reduction for the Defendant.

## **CONCLUSION**

WHEREFORE, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

                                              Respectfully submitted,

                                              By: /s/ Mark J. O'Brien
                                              Mark J. O'Brien, Esquire
                                              Florida Bar No.: 0160210
                                              511 West Bay Street
                                              Suite 330
                                              Tampa, Florida 33606
                                              T:    (813) 228-6989
                                              E:    mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire