UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No.: 8:23-CR-431-TPB-SPF |
| | : |
| MORRIS GOLDSTEIN | : |
| _____ | : |

**DEFENDANT MORRIS GOLDSTEIN'S
UNOPPOSED MOTION TO TEMPORARILY RETURN PASSPORT**

COMES NOW, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel, and hereby files this his unopposed motion to temporarily return his passport, and in support states as follows:

1. On December 19, 2023, the court released the Defendant on a personal recognizance bond.

    a. The Defendant is not on pretrial release.

2. In addition, the Defendant was ordered to surrender his passport to the United States Clerk of the Court for the Middle District of Florida, Tampa Division.

3. The Defendant is scheduled for a cruise with his family, departing out of Miami, Florida, traveling to the Bahamas, and returning to Miami, Florida, from Sunday, August 3, 2025 through Friday, August 8, 2025.

4. The Defendant respectfully requests his passport be temporarily returned to him from Friday, August 1, 2025 through Tuesday, August 12, 2025.

    a. Undersigned counsel will personally hand-deliver the Defendant's passport to the Clerk of the Court for the Middle District of Florida, Tampa Division, no later than close of business on Tuesday, August 12, 2025.

5. The government is fully apprised of the details of the Defendant's travel and does not oppose this temporary request to return his passport for the above stated travel reasons.

## **CONCLUSION**

WHEREFORE, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

> Respectfully submitted,
>
> By: /s/ Mark J. O'Brien
> Mark J. O'Brien, Esquire
> Florida Bar No.: 0160210
> 511 West Bay Street
> Suite 330
> Tampa, Florida 33606
> T:   (813) 228-6989
> E:   mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire