UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA     :
                                :
                                :
v.                             :      Case No.:  8:23-CR-431-TPB-SPF
                                :
                                :
MORRIS GOLDSTEIN          :
_____ :

**DEFENDANT MORRIS GOLDSTEIN'S
UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RETURN HIS
PASSPORT**

COMES NOW, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel, and hereby files this his unopposed motion to extend the deadline to return his passport, and in support states as follows:

1.     On July 29, 2025, the Court granted the Defendant's motion for temporary return of his passport so he could go with his family on a scheduled cruise to the Bahamas.

2.     The Court ordered the Defendant to return the passport to the Clerk of Court on August 12, 2025.

3.     At the end of his cruise, the Defendant contracted COVID, and he is bedridden with that condition at this time.

4.  The Defendant respectfully requests that the Court extend the deadline to return his passport until Friday, August 15, 2025, which will allow him several more days to recuperate.

    a.  Undersigned counsel will personally hand-deliver the Defendant's passport to the Clerk of the Court for the Middle District of Florida, Tampa Division, no later than close of business on Friday, August 15, 2025.

5.  The government is fully apprised of the Defendant's medical condition and does not oppose this request to extend the deadline for returning his passport.

## <u>CONCLUSION</u>

WHEREFORE, the Defendant, MORRIS GOLDSTEIN, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

<u>By: /s/ Mark J. O'Brien</u>
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:      (813) 228-6989
E:      mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on August 12, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire